IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| GOLDBELT WOLF, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:15-cv-1269 (JCC/JFA) |
| ) | |
| OPERATIONAL WEAR ARMOR, LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This breach of contract action stems from a dispute between Plaintiff Goldbelt Wolf, LLC and Defendant Operational Wear Armor, LLC.

On May 3, 2016, the Clerk of Court entered default as to Defendant Operational Wear Armor, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. [Dkt. 46.] Plaintiff moved for entry of default judgment against Defendant. [Dkt. 47.] The Court referred this motion to United States Magistrate Judge John F. Anderson for a Report and Recommendation.

After a hearing at which no one appeared on Defendant's behalf, Judge Anderson filed his Report and Recommendation on May 5, 2015. [Dkt. 51.] Judge Anderson recommended that default judgment be entered against Defendant for their breach of contract claims. Judge Anderson advised each party of the right to file written objections to this

1

recommendation. To date, the Court has not received any objections, and the time to file has now expired.

Accordingly, having reviewed the pleadings and the Report and Recommendation in this matter, it is hereby ORDERED that:

(1) Judge Anderson's Report and Recommendation [Dkt. 51] is ADOPTED IN FULL as the Court's own findings and rulings;

(2) The Clerk of Court shall enter default judgment in favor of Plaintiff Goldbelt Wolf, LLC and against Defendant Operational Wear Armor, LLC in the amount of $615,586.39 plus costs and interest; and

(3) The Clerk of Court shall forward this Order to all counsel of record.

THIS ORDER IS FINAL.

|  | /s/ |
|---|---|
| June 2, 2016 | James C. Cacheris |
| Alexandria, Virginia | UNITED STATES DISTRICT COURT JUDGE |